# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ASHCRAFT, | ) | |
| Plaintiff, | ) | Civil Action No. 13-726 |
| | ) | |
| v. | ) | District Judge Cathy Bissoon |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| IDM EQUIPMENT, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On May 24, 2013, this case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates. On November 20, 2013, the magistrate judge issued a Report and Recommendation (Doc. 11) recommending that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 3) be granted. Service of the Report and Recommendation was made on the parties, Plaintiff filed timely Objections (Doc. 13) and Defendant filed a Reply (Doc. 17).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, Objections and Reply, the following Order is entered:

AND NOW, this 13th day of January, 2014,

IT IS HEREBY ORDERED that the November 20, 2013 Report and Recommendation (Doc. 11) is adopted as the opinion of the Court. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 3) is granted without prejudice to re-file in the appropriate jurisdiction. Furthermore, in light of dismissal, Plaintiff's December 18, 2013 Motion to Transfer (Doc. 14) the case to the United States District Court for the Western District of Texas is denied.

                                        s/ Cathy Bissoon  
                                      Cathy Bissoon  
                                      United States District Judge

cc:

All attorneys of record (via CM/ECF e-mail).